(

JS-6

Linda D. Kornfeld CA SBN 155765
kornfeldl@dicksteinshapiro.com
Daniel H. Rylaarsdam CA SBN 216805
rylaarsdamd@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Plaintiff SEMINIS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMINIS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, and DOES 1 through 10,, <br><br> Defendant. | **CASE NO. CV07-1979 GAF (FMOx)** <br><br> (Assigned to the Hon. Gary Allen Feess) <br><br> ~~ORDER ON~~ <br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **[Fed. R. Civ. P. 41(a)(1)]** |

DICKSTEIN
SHAPIRO LLP

DOCSLA-36625

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Seminis, Inc. and defendant Factory Mutual Insurance Company, through their respective attorneys of record, hereby stipulate that this action be and hereby is dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

| DATED: December 29, 2008 | DICKSTEIN SHAPIRO LLP<br><br>By:_____<br>Linda D. Kornfeld<br>Daniel H. Rylaarsdam<br>Attorneys for Plaintiff |
|---|---|
| DATED: December __, 2008 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>By:_____<br>Scott G. Johnson<br>David E. Bland<br>James P. Koelzer<br>Attorneys for Defendant |

Stipulation of Dismissal With Prejudice

DICKSTEIN
SHAPIRO LLP

DOCSLA-36625

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Seminis, Inc. and defendant Factory Mutual Insurance Company, through their respective attorneys of record, hereby stipulate that this action be and hereby is dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

| DATED:  December __, 2008 | DICKSTEIN SHAPIRO LLP<br><br>By:_____<br>  Linda D. Kornfeld<br>  Daniel H. Rylaarsdam<br>  Attorneys for Plaintiff |
|---|---|
| DATED:  December 29, 2008 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>By:  _____<br>  Scott G. Johnson<br>  David E. Bland<br>  James P. Koelzer<br>  Attorneys for Defendant |

IT IS SO ORDERED:

DATE: 12/29/08

United States District Judge

Stipulation of Dismissal With Prejudice

DICKSTEIN
SHAPIRO LLP

DOCSLA-36625